UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 08/09/2018 | **Time:** 12:11-1:14<br>1 hour, 3 minutes | **Judge:** LAUREL BEELER |
|---|---|---|
| **Case No.:** 17-cv-02056-LB | **Case Name:** Zeen v. County of Sonoma | |

**Attorney for Plaintiff:** John Scott
**Attorney for Defendant:** Bonnie Hamilton

**Deputy Clerk:** Elaine Kabiling              **Court Reporter:** Lydia Zinn

### PROCEEDINGS
PRETRIAL CONFERENCE - HELD

| | |
|---|---|
| 12:11 PM | Court and counsel are present in open court.  Court and counsel discuss trial scheduling, jury questionnaire and other trial logistics as set forth on the record.  Parties stipulate to a panel of forty (40) prospective jurors.  Court and counsel discuss motions in limine. |
| 1:14 PM | Matter is continued to Monday, August 20, 2018 at 8:30 a.m. for Jury Trial.  Court adjourns. |