UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DANE ZEEN,<br><br>                    Plaintiff,<br><br>         v.<br><br>COUNTY OF SONOMA, et al.,<br><br>                    Defendants. | Case No. 17-cv-02056-LB<br><br>**VERDICT FORM** |

**Claim of Excessive Force (42 U.S.C. § 1983 and Fourth Amendment)**

1. Did Michael Yoder use excessive force against Dane Zeen in violation of the Fourth Amendment to the U.S. Constitution?

    Yes: _____     No: _____

    If the answer to question 1 is yes, then answer question 2. If your answer is no, you have reached a verdict in favor of the defendant, and you must stop here, answer no further questions, and have the presiding juror sign and date this form.

**Damages**

2. State the amount of Dane Zeen's damages, if any.

    $ _____

    Proceed to question 3.

VERDICT FORM – No. 17-cv-02056-LB

3. If you answered yes to question 1, did Michael Yoder act with malice or oppression or in reckless disregard to the rights of Dane Zeen?

    Yes: _____      No: _____

If your answer to question 3 is yes, then answer question 4. If your answer is no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. What amount, if any, do you award as punitive damages?

    $ _____

Please have the presiding juror sign and date the form.

Signed: _____ (Presiding Juror)

Dated: _____