John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
SCOTT LAW FIRM
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9601
Fax: (415) 561-9609
E-mail: john@scottlawfirm.net
liza@scottlawfirm.net

Izaak D. Schwaiger, SBN 267888
130 Petaluma Avenue, Suite 1A
Sebastopol, CA 95472
Tel: (707) 595-4414
Fax: (707) 581-1983
E-mail: izaak@izaakschwaiger.com

Attorneys for Plaintiff, DANE ZEEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANE ZEEN

Plaintiff,

v.

COUNTY OF SONOMA, STEVE FREITAS, MICHAEL YODER, CHARLES BLOUNT, and DOES 1-20, inclusive.

Defendants.

Case No: 3:17-cv-02056-LB

**DECLARATION OF DANE ZEEN IN SUPPORT OF PLAINTIFF'S MOTION TO TAX COSTS**

Date: October 25, 2018
Time: 9:30 a.m.
Courtroom: C, 15th Floor
Judge: The Hon. Magistrate Laurel Beeler

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

I, Dane Zeen declare as follows:

1. I am the plaintiff in this civil-rights case submitting this declaration in support of my motion to tax defendant Yoder's cost bill for $7,560.71, and, have personal knowledge about the facts alleged below.

2. I am twenty-one years old and live with my parents in Sebastopol, California.

3. I am currently employed at Benedetti's Tire and Express Lube as an oil change technician. I make twelve dollars per hour and work forty hours per week.

4. I have no savings of any kind. My only asset is a 2000 Ford Ranger with 155,000 miles which I need to drive to and from work.

5. I am working diligently to put aside money for the expense of dental implants which I believe will cost $18,000.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 13th day of September, 2018 at Sebastopol, California.

[signature]

Dane Zeen